UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:24–mj–00195–RSK

v.                              Hon. Ray Kent

WILLIAM J. HERROON,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:            May 24, 2024   01:30 PM
Magistrate Judge:   Ray Kent
Place/Location:       584 Federal Building, Grand Rapids, MI


                                              RAY KENT
                                              U.S. Magistrate Judge

Dated:  May 20, 2024        By:    /s/ Faith Hunter Webb
                                          Judicial Assistant