## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v.   William J. Herroon | Mag. Judge:   Ray Kent |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:24-mj-00195-RSK | May 24, 2024 | 1:35 - 1:41 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government:<br>Austin J. Hakes | Defendant:<br>James S. Fisher | Counsel Designation:<br>FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- ✓ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Other: Status Conference

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____
Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered    __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Status conference held regarding Rule 20 tranfer of case to WDMI; additional status conference set for 6/3/24 @11:00 a.m. | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:   __ Yes   __ No<br>Defendant informed of right to appeal:   __ Yes   __ No<br>Counsel informed of obligation to file appeal:  __ Yes   __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ _____ |
| **CASE TO BE:**   Referred to District Judge | **TYPE OF HEARING:**  Further Proceedings |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**   **S. Carpenter** |